U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee
# memorandum

DATE: April 22, 2013

REPLY TO
ATTN OF: Dariel Blackledge-White
U.S. Probation and Pretrial Services Officer

SUBJECT: Lisa Ellen Huskey
Case No. 3:11-cr-00013

### Request for Approval of Pretrial Diversion Payment Agreement

TO: Honorable Aleta A. Trauger
U. S. District Court Judge

On January 13, 2011, Lisa Ellen Huskey was Indicted in the U.S. District Court for the Middle District of Tennessee, having been charged with the following offenses, to wit:

Cts. 1&2:   Social Security Fraud, in violation of 42 U.S.C. §§ 408(a)(4), (a)(5); and
Ct. 3:      Theft of Government Property, in violation of 18 U.S.C. § 641.

Ms. Huskey self-surrendered to the U.S. Marshals Service on January 27, 2011, and was released on her own recognizance with pretrial supervision.

On June 9, 2011, Ms. Huskey was referred to the U.S. Probation/Pretrial Services Office by the U.S. Attorney's Office, Middle District of Tennessee, Nashville, to determine if she would be a suitable candidate for their Pretrial Diversion Program. As a means of determining the above, Ms. Huskey's attorney was notified to schedule an interview with Ms. Huskey. Subsequent to the interview an investigation was initiated.

On August 29, 2011, an Agreement for Pretrial Diversion was executed at the U.S. Attorney's Office, and Ms. Huskey was placed on pretrial supervision for a period of 18-months. As part of this agreement, the divertee agreed to special conditions including the following:

> You shall pay restitution in the amount of $45,277.72 to the Social Security Administration, Debt Management Section, Attn: Court Refund, P.O. Box 2861, Philadelphia, PA 19122.

On February 28, 2013, Ms. Huskey's Pretrial Diversion terminated. During the course of her supervision, Ms. Huskey paid $2,320 in restitution through the Court Clerk's Office.

On April 22, 2013, this officer was advised that the Court Clerk's Office has $2,320 for disbursement to the victim; however, per the Clerk of the Court, no restitution payments will be distributed through that office unless there is a Court Order authorizing the receipt and distribution of payments.

Honorable Aleta A. Trauger
U. S. District Court Judge
RE: Lisa Ellen Huskey
Request for Approval of Pretrial Diversion Payment Agreement
April 22, 2013
Page 2

Therefore, Pretrial Services respectfully requests that Your Honor authorize the disbursement of any restitution payments received by the U.S. District Court Clerk's Office.

Please advise if additional information is needed from this office.

Reviewed and approved by:

W. Burton Putman
Supervising U.S. Probation Officer

**The Court Orders:**

[X] The U.S. District Court Clerk's Office in the Middle District of Tennessee will disburse all restitution payments with disbursement as follows.

Social Security Administration - Debt Management Section
Attn: Court Refund
P.O. Box 2861
Philadelphia, PA 19122
Reference no: Lisa Huskey, OIG Case No. NSV-10-00007-F

[ ] Do not accept and receipt restitution payments with disbursement.

Honorable Aleta A. Trauger
U. S. District Court Judge

cc: Dumaka Shabazz, Assistant Federal Public Defender
Sandra Moses, Assistant U.S. Attorney

Enclosure